Stephen D. MELLIN, Petitioner,

v.

MARINE WORLD–WIDE SERVICES; Office of Workers' Compensation Programs, Respondents.

No. 00–2463.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided Aug. 14, 2001.

Jean M. McKeen, Rutter, Walsh, Mills & Rutter, L.L.C., Norfolk, VA; Charles Robinowitz, Portland, OR, for petitioner. Ronald W. Atwood, Ronald W. Atwood, P.C., Portland, OR, for respondents.

Before NIEMEYER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Stephen D. Mellin seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of longshore benefits pursuant to 30 U.S.C.A. §§ 901–945 (West 1986 & Supp.2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. *See Mellin v. Marine World Wide Serv.*, No. 98–425–BRB; 97–LHC–137 (BRB Nov. 30, 1998; June 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*